ACCEPTED
03-15-00354-CV
5705568
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 9:30:05 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00354-CV

**IN THE
THIRD COURT OF APPEALS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 9:30:05 AM
JEFFREY D. KYLE
Clerk

**MARGARET HAULE, APPELLANT**

**V.**

**CHANNELAUSTIN, APPELLEE**

**From the County Court at Law No. 2
Travis County, Texas
Trial Court No. C-1-CV-14-008537**

## NOTICE OF APPEARANCE AS LEAD COUNSEL

In accordance with Texas Rule of Appellate Procedure 6.1(c), Clark Richards files this appearance as lead counsel for channelAustin. Appellee requests the Court's records to reflect the following information:

Clark Richards
Texas Bar No. 90001613
Richards Rodriguez & Skeith, LLP
816 Congress Ave., Suite 1200
Austin, Texas 78701
Tel (512) 476-0005/Fax (512) 476-1513
Email: crichards@rrsfirm.com

Respectfully submitted,



_____

Clark Richards
State Bar No. 90001613
crichards@rrsfirm.com
Richards Rodriguez & Skeith, LLP
816 Congress Ave., Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513
**ATTORNEY FOR APPELLEE**
**CHANNELAUSTIN**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this notice was served on Appellant, in accordance with the Texas Rules of Appellate Procedure, as shown below on June 17, 2015.

| | |
|---|---|
| Margaret Haule | Larry J. Simmons |
| 3405 Texas Topaz Drive | Germer PLLC |
| Austin, Texas 78728 | PO Box 4915 |
| *Via First Class Mail* | Beaumont, Texas 77704 |
| | Via Facsimile (409) 835-2115 & |
| | Email ljsimmons@germer.com |



_____

**CLARK RICHARDS**